# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| EARL EUGENE BATES, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-01188-AKK-SGC |
| ) | |
| KENNETH PETERS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 20, 2021, recommending the claims presented in this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied and dismissed without prejudice for failure to prosecute. Doc. 13. Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, Bates' petition is due to be dismissed without prejudice for failure to prosecute. A separate order will be entered.

**DONE** the 11th day of June, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE
